1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

MARTINIANO RODRIGUEZ-
VILLAREAL,

12

Petitioner,

13

vs.

14

UNITED STATES OF AMERICA,

15

Respondent.

CASE NO. 06-CV-223 H
99-CR-1515-H

**ORDER DENYING
PETITIONER'S MOTION
FOR CLARIFICATION AS
MOOT**

16
17

On January 27, 2006, Petitioner Martiniano Rodriguez-Villareal, proceeding pro

18

se, filed a motion seeking clarification regarding his attempt to file a motion for relief

19

from judgment. (Doc. No. 102.) In light of the fact that Petitioner filed his motion for

20

relief from judgment on January 27, 2006, (Doc. No. 101.), the Court DENIES his

21

motion for clarification as moot.

22

IT IS SO ORDERED.

23
24

DATED: September 7, 2006

25
26

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

27
28

- 1 -

06cv223

1    COPIES TO:

2    Martiniano Rodriguez-Villareal
     BOP #55355-198 C-9
3    BSCC Cedar Hill Unit
     3711 Wright Avenue
4    Big Spring, TX  79720

5    William V. Gallo, Esq.
     U.S. Attorney's Office
6    880 Front Street, Suite 6253
     San Diego, CA 92101

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06cv223