FILED
06 SEP -8 AM 9:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINIANO RODRIGUEZ-VILLAREAL,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. 06-CV-223 H<br>               99-CR-1515-H<br><br>ORDER:<br>(1) DENYING PETITIONER'S MOTION UNDER FED. R. CIV. P. 37(b); AND<br>(2) SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT |

      On January 27, 2006, Petitioner Martiniano Rodriguez-Villareal, proceeding pro se, submitted a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). (Doc. No. 101.) In his motion, he seeks relief from this Court's October 5, 2004 order denying his petition for a writ of habeas corpus under 28 U.S.C. § 2255. (Doc. No. 91.) The Court set a briefing schedule requiring the Government to respond to Petitioner's motion by June 20, 2006. (Doc. No. 104.) As of the date of this order, the Government has not filed a response.

      On July 24, 2006, the Court received Petitioner's motion, which he brought under Federal Rule of Civil Procedure 37(b), seeking immediate release or any alternative relief because the Government failed to respond to his motion for relief

from judgment. Rule 37(b) addresses discovery disputes and, thus, is inapplicable to this matter. Accordingly, the Court **DENIES** Petitioner's motion.

Nevertheless, in light of the Government's failure to respond, the Court sets the following briefing schedule on Petitioner's motion for relief from judgment:

1. The Government shall file a response on or before **September 28, 2006**.
2. Petitioner may file a reply on or before **October 30, 2006**.

In their response, the Government shall address whether Petitioner's motion for relief from judgment is a "second or successive petition" for purposes of 28 U.S.C. § 2244 and, thus, whether Petitioner must "move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. §§ 2255, 2244.

IT IS SO ORDERED.

Dated: 9/7/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Martiniano Rodriguez-Villareal
BOP #55355-198 C-9
BSCC Cedar Hill Unit
3711 Wright Avenue
Big Spring, TX  79720

William V. Gallo, Esq.
U.S. Attorney's Office
880 Front Street, Suite 6253
San Diego, CA 92101